# EXHIBIT A

**REPUBLISHED**
Under Sec. 12 (c) 1946 Act   MAR 22 1949

AFFIDAVIT SEC. 8 ACCEPTED
AFFIDAVIT SEC. 15 RECEIVED 3-30-54

**THIRD RENEWAL**
Philip Morris Inc.
New York, N.Y.

No. 68,502. CIGARETTES. Registered April 14, 1908. Philip Morris & Co. Ltd. Renewed April 14, 1928, to Philip Morris & Co. Ltd. Incorporated, New York, N.Y., a Corporation of Virginia, assignee.

No. 65,502. MARLBORO. Registered Apr. 14, 1908, to Philip Morris & Co. Ltd. Renewed Apr. 14, 1928, to Philip Morris & Co. Ltd. Incorporated, New York, N.Y., a corporation of Virginia. CIGARETTES. Class 17.

# UNITED STATES PATENT OFFICE.

PHILIP MORRIS & CO., LTD., OF NEW YORK, N.Y.

TRADE-MARK FOR CIGARETTES.

No. 68,502.   Statement and Declaration.   Registered April 14, 1908.

Application filed October 17, 1907. Serial No. 30,646.

## STATEMENT.

*To all whom it may concern:*

Be it known that Philip Morris & Co., Ltd., a corporation duly organized under the laws of the State of New York, and located in the city of New York, county of New York, in said State, and doing business at 102 West Broadway, in said city, has adopted for its use the trade-mark shown in the accompanying drawing, for cigarettes, in Class 17, Tobacco products.

The trade-mark has been continuously used in the business of said corporation and in the business of its predecessor, Philip Morris & Co. Ltd., of London, England, since 1885.

The trade-mark is applied or affixed to the goods, or to the packages containing the same, by placing thereon a printed label on which the trade-mark is shown.

PHILIP MORRIS & CO., Ltd.
By HERBERT L. ALDRICH,
*President.*

## DECLARATION.

*State of New York, county of New York, ss:*

Herbert L. Aldrich, being duly sworn, deposes and says that he is the president of the corporation, the applicant named in the foregoing statement; that he believes the foregoing statement is true; that he believes said corporation is the owner of the trade-mark sought to be registered; that no other person, firm, corporation, or association, to the best of his knowledge and belief, has the right to use said trade-mark, either in the identical form or in any such near resemblance thereto as might be calculated to deceive; that said mark is used by said corporation in commerce among the several States of the United States; that the drawing presented truly represents the trade-mark sought to be registered; that the specimens show the trade-mark as actually used upon the goods; that I find the mark has been in actual use as a trade-mark of the applicant for ten years next preceding the passage of the act of February 20, 1905, and that, to the best of his knowledge and belief, such use has been exclusive.

HERBERT L. ALDRICH.

Subscribed and sworn to before me this 16th day of January, 1908.

DAVID FISHER,
*Notary Public, 137, Kings County.
Certificate filed in New York County.*

BEST AVAILABLE COPY

## TRADE-MARK.

No. 68,502. REGISTERED APR. 14, 1908.

PHILIP MORRIS & CO., LTD.
CIGARETTES.
APPLICATION FILED OCT. 21, 1907.

MARLBORO

Proprietor
Philip Morris & Co., Ltd.
By [signature]
Attorney

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2010-07-27 09:35:55 ET

Serial Number: 71030646 Assignment Information       Trademark Document Retrieval

Registration Number: 68502

Mark

# Marlboro

(words only): MARLBORO

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2008-03-21

Filing Date: 1907-10-17

Transformed into a National Application: No

Registration Date: 1908-04-14

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 40S -Scanning On Demand

Date In Location: 2008-08-15

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Philip Morris USA Inc.

**Address:**
Philip Morris USA Inc.
6601 West Broad Street
Richmond, VA 23230
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Virginia

## GOODS AND/OR SERVICES

**U.S. Class:** 017 (International Class 034)
**Class Status:** Active
CIGARETTES
**Basis:** 1(a)
**First Use Date:** 1883-00-00
**First Use in Commerce Date:** 1883-00-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2010-03-11 - Notice Of Suit

2010-03-08 - Notice Of Suit

2010-03-05 - Notice Of Suit

2010-02-19 - Notice Of Suit

2010-01-28 - Notice Of Suit

2009-12-31 - Notice Of Suit

2009-12-16 - Notice Of Suit

2009-12-16 - Notice Of Suit

2009-09-01 - Notice Of Suit

2009-09-01 - Notice Of Suit

2009-05-14 - Notice Of Suit

2009-05-07 - Notice Of Suit

2009-05-07 - Notice Of Suit

2009-05-07 - Notice Of Suit

2009-04-06 - Review Of Correspondence Complete

2009-03-23 - Attorney Revoked And/Or Appointed

2009-03-23 - TEAS Revoke/Appoint Attorney Received

2008-08-15 - Case File In TICRS

2008-08-04 - Notice Of Suit

2008-06-23 - Notice Of Suit

2008-06-20 - Notice Of Suit

2008-06-20 - Notice Of Suit

2008-06-20 - Notice Of Suit

2008-06-10 - Notice Of Suit

2008-06-10 - Notice Of Suit

2008-06-06 - Notice Of Suit

2008-05-27 - Notice Of Suit

2008-05-27 - Notice Of Suit

2008-05-27 - Notice Of Suit

2008-05-20 - Notice Of Suit

2008-05-20 - Notice Of Suit

2008-05-20 - Notice Of Suit

2008-05-19 - Notice Of Suit

2008-03-21 - Fifth renewal 10 year

2008-03-21 - Section 8 (10-year) accepted/ Section 9 granted

2008-03-14 - Assigned To Paralegal

2008-03-12 - TEAS Section 8 & 9 Received

2008-02-03 - Notice Of Suit

2008-02-03 - Notice Of Suit

2008-02-03 - Notice Of Suit

2006-05-05 - Applicant/Correspondence Changes (Non-Responsive) Entered

2006-05-05 - TEAS Change Of Owner Address Received

2005-12-16 - TEAS Change Of Correspondence Received

1988-04-14 - Fourth renewal

1988-04-08 - Section 9 filed/check record for Section 8

1968-04-14 - Third renewal

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Timothy G. Hofmeyer

**Correspondent**
Timothy G. Hofmeyer
Altria Client Services Inc.
Law Department -- CRT
601 East Jackson Street
Richmond VA 23219