# EXHBIT B

# United States Patent Office

**938,510**
Registered July 25, 1972

## PRINCIPAL REGISTER
### Trademark

Ser. No. 387,884, filed Mar. 30, 1971



Philip Morris Incorporated (Virginia corporation)
100 Park Ave.
New York, N.Y. 10017

For: CIGARETTES, in CLASS 17 (INT. CL. 34).
First use 1883; in commerce 1883.
Applicant disclaims the words "Filter Cigarettes" apart from the mark as shown.
The drawing is lined to indicate the colors red and gold and these colors are used and claimed as a feature of the mark.
Owner of Reg. Nos. 68,502, 854,007, and others.

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2010-07-27 09:36:25 ET

Serial Number: 72387884 Assignment Information        Trademark Document Retrieval

Registration Number: 938510

Mark



(words only): MARLBOROFILTER CIGARETTES

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2002-04-12

Filing Date: 1971-03-30

Transformed into a National Application: No

Registration Date: 1972-07-25

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 40S -Scanning On Demand

Date In Location: 2008-09-05

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. PHILIP MORRIS INCORPORATED

**Address:**
PHILIP MORRIS INCORPORATED
6601 West Broad Street
Richmond, VA 232616603
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Virginia

## GOODS AND/OR SERVICES

**U.S. Class:** 017 (International Class 034)
**Class Status:** Active
CIGARETTES
**Basis:** 1(a)
**First Use Date:** 1883-00-00
**First Use in Commerce Date:** 1883-00-00

## ADDITIONAL INFORMATION

**Disclaimer:** APPLICANT DISCLAIMS THE WORDS "FILTER CIGARETTES" APART FROM THE MARK AS SHOWN.

**Lining and Stippling:** THE DRAWING IS LINED TO INDICATE THE COLORS RED AND GOLD AND THESE COLORS ARE USED AND CLAIMED AS A FEATURE OF THE MARK.

**Design Search Code(s):**
03.05.01 - Horses
03.05.26 - Costumed horses, donkeys, zebras
04.05.25 - Other mythological or legendary animals
19.07.03 - Boxes, cigarette
24.01.03 - Shields or crests with letters, punctuation or inscriptions contained therein or superimposed thereon

**Prior Registration Number(s):**
68502
854007

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2010-03-11 - Notice Of Suit

2010-03-08 - Notice Of Suit

2010-03-05 - Notice Of Suit

2010-02-19 - Notice Of Suit

2010-01-28 - Notice Of Suit

2009-12-31 - Notice Of Suit

2009-12-16 - Notice Of Suit

2009-06-08 - Notice Of Suit

2009-06-08 - Notice Of Suit

2009-05-14 - Notice Of Suit

2009-05-07 - Notice Of Suit

2009-05-07 - Notice Of Suit

2009-05-07 - Notice Of Suit

2009-03-23 - Attorney Revoked And/Or Appointed

2009-03-23 - TEAS Revoke/Appoint Attorney Received

2008-09-05 - Case File In TICRS

2008-08-04 - Notice Of Suit

2008-06-23 - Notice Of Suit

2008-06-20 - Notice Of Suit

2008-06-20 - Notice Of Suit

2008-06-20 - Notice Of Suit

2008-06-10 - Notice Of Suit

2008-06-10 - Notice Of Suit

2008-06-06 - Notice Of Suit

2008-05-27 - Notice Of Suit

2008-05-27 - Notice Of Suit

2008-05-27 - Notice Of Suit

2008-05-20 - Notice Of Suit

2008-05-20 - Notice Of Suit

2008-05-20 - Notice Of Suit

2008-05-19 - Notice Of Suit

2008-02-03 - Notice Of Suit

2008-02-03 - Notice Of Suit

2008-02-03 - Notice Of Suit

2006-05-08 - Applicant/Correspondence Changes (Non-Responsive) Entered

2006-05-08 - TEAS Change Of Owner Address Received

2002-04-12 - Second renewal 10 year

2002-04-12 - Section 8 (10-year) accepted/ Section 9 granted

2002-02-14 - Combined Section 8 (10-year)/Section 9 filed

1992-04-15 - First renewal 10 year

1992-03-13 - Section 9 filed/check record for Section 8

1977-11-28 - Section 8 (6-year) accepted & Section 15 acknowledged

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Timothy G. Hofmeyer

**Correspondent**
Timothy G. Hofmeyer
Altria Client Services Inc.
Law Department -- CRT
601 East Jackson Street
Richmond VA 23219