ENCORE
CAPITAL GROUP

# William Blair 4th Annual Emerging Growth Stock Conference

**October 5, 2010**

# CAUTIONARY NOTE ABOUT FORWARD-LOOKING STATEMENTS

## FORWARD-LOOKING STATEMENTS

*The statements in this presentation that are not historical facts, including, most importantly, those statements preceded by, or that include, the words "may," "believe," "projects," "expects," "anticipates" or the negation thereof, or similar expressions, constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 (the "Reform Act").  These statements may include, but are not limited to, statements regarding our future operating results and growth, and ability to expand and utilize flexibility under our credit facility.  For all "forward-looking statements," the Company claims the protection of the safe harbor for forward-looking statements contained in the Reform Act.  Such forward-looking statements involve risks, uncertainties and other factors which may cause actual results, performance or achievements of the Company and its subsidiaries to be materially different from any future results, performance or achievements expressed or implied by such forward-looking statements. These risks, uncertainties and other factors are discussed in the reports filed by the Company with the Securities and Exchange Commission, including the most recent reports on Forms 10-K, 10-Q and 8-K, each as it may be amended from time to time.  The Company disclaims any intent or obligation to update these forward-looking statements.*

ENCORE
CAPITAL GROUP

# ENCORE IS A LEADING PLAYER IN THE CONSUMER DEBT BUYING AND RECOVERY INDUSTRY

## Distressed consumer debt purchasing
*(95% of revenue)*

- Purchase and collection of charged-off consumer receivables (primarily credit card)
- Robust business model emphasizing consumer intelligence and operational specialization
- Invested ~$1.6B to acquire receivables with a face value of ~$48B since inception
- Acquired ~29MM consumer accounts since inception



## Bankruptcy servicing
*(5% of revenue)*

- Process secured consumer bankruptcy accounts for leading auto lenders and other financial institutions
- Proprietary software dedicated to bankruptcy servicing
- Operational platform that integrates lenders, trustees, and consumers

# WE OPERATE IN FIVE DIFFERENT SITES ACROSS THE U.S. AND INDIA



# WE ARE WELL POSITIONED TODAY BECAUSE OF KEY STRATEGIC DECISIONS WE MADE OVER THE PAST FEW YEARS



**In late 2005, we established call center in India**

**Between 2005 and 2007, we remained disciplined and avoided high priced portfolios that did not meet internal hurdle rates**

*Several competitors are now known to have overpaid for portfolios and are in financial distress or have exited the industry*

*We believe it is the only successful late-stage collections platform in India, at approximately 1/3 the cost of our U.S. operations*

**In 2008, we built and implemented industry's first known ability-to-pay (Capability) model**

**In February 2010, we entered into a new $327.5 million revolving credit facility**

*We have maintained our analytic leadership position, and have strengthened it, with novel models and technologies*

*Subsequently increased facility to $360.5 million and added $50 million in a private placement with Prudential*

**In 2009, we ramped up purchasing to take advantage of the favorable market environment**

*Conserved capital until portfolio prices decreased to a point where we could achieve consistent profitability*

# THESE DECISIONS ARE THE DRIVERS BEHIND OUR STRONG Q2 RESULTS

## Q2 YOY Growth

| ($000s, except EPS and ratios) | 2009 Q2 | 2010 Q2 | Variance | |
|---|---|---|---|---|
| Collections | $122,373 | $156,789 | $34,416 | **28%** |
| Revenue | $78,035 | $96,231 | $18,196 | **23%** |
| Adjusted EBITDA* | $64,682 | $90,458 | $25,776 | **40%** |
| EPS | $0.28 | $0.47 | $0.19 | **68%** |
| Purchases | $82,033 | $83,336 | $1,303 | **2%** |

* Adjusted EBITDA is a non-GAAP number. The Company considers Adjusted EBITDA to be a meaningful indicator of operating performance and uses it as a measure to assess the operating performance of the Company. See Reconciliation of Adjusted EBITDA to GAAP Net Income at the end of the presentation.



5

# WE HAVE NEARLY DOUBLED COLLECTIONS OVER THE LAST FOUR YEARS

**Quarterly gross collections**

($ millions)



# AND WE ARE INCREASING OUR OPERATING CASH FLOWS (ADJUSTED EBITDA) AT A FASTER RATE THAN COLLECTIONS

## Adjusted EBITDA* by quarter

($ millions)



* Adjusted EBITDA is a non-GAAP number. The Company considers Adjusted EBITDA to be a meaningful indicator of operating performance and uses it as a measure to assess the operating performance of the Company. See Reconciliation of Adjusted EBITDA to GAAP Net Income at the end of the presentation.



7

# A MAJOR CONTRIBUTOR TO THE IMPROVING CASH FLOW IS OUR LOWER COST STRUCTURE, DRIVEN BY EXPANSION INTO INDIA

**Cost per dollar collected**





# OUR INDIA SITE NOW ACCOUNTS FOR NEARLY HALF OF OUR CALL CENTER COLLECTIONS



### Collections from all call centers

($ millions)

☐ India  ☐ U.S.

~$250

$186

$157

$126

| | 2007 | 2008 | 2009 | 2010E |
|---|---|---|---|---|
| India contribution | 10% | 19% | 30% | 40% |

# WE ARE REINVESTING CASH BACK INTO THE BUSINESS THROUGH INCREASED PURCHASING VOLUMES

**Full year purchases for 2008 and 2009; Estimate for 2010**

($ millions)



# WE ARE GROWING THE COMPANY'S EMBEDDED VALUE AT A FASTER PACE THAN TOTAL DEBT

**Annual Estimated Remaining Gross Collection (ERC) and Total Debt**

($ millions, at end of period)



# AND WE BELIEVE THAT OUR CURRENT ESTIMATE OF REMAINING COLLECTIONS IS CONSERVATIVE GIVEN OUR HISTORY

## Cumulative collections (initial expectation vs. actual)

($ millions, Jan 01 – June 10)



# MARKET DYNAMICS HAVE INFLUENCED OUR APPROACH TO THE BUSINESS

| **Charge-offs remain elevated** | **Demand increasing, albeit slowly** | **Consumer performance remains predictable** | **Significant regulatory and legislative scrutiny** |
|---|---|---|---|
| Consumer credit continues to experience losses at near record levels  Supply more closely managed by the issuers | Few players with access to significant amounts of capital  Continued exit of large players, but others starting to gain traction | Our models continue to predict consumer behavior with a high degree of accuracy | Both in our industry and in the financial services sector at large |

ENCORE
CAPITAL GROUP

13

# DESPITE THE MACROECONOMIC HEADWINDS, OUR CONSUMERS' PAYMENT BEHAVIOR AND OUR PERFORMANCE REMAIN CONSISTENT

| Metric | Recent trend |
|--------|--------------|
| • Payer rates | • Slightly upward |
| • Average payment size | • Stable |
| • Single vs. multi-payers | • More payment plans |
| • Broken payer rates | • Mild improvement |
| • Settlement rates | • Upward trend |

# AND OUR OVERALL PAYER RATES HAVE IMPROVED

**Overall payer rate for all active inventory**





# WE ARE POSITIONED TO RESPOND TO THE CHANGING REGULATORY ENVIRONMENT

**Technology** — Proprietary software platforms allow the company to make changes as new regulations and laws emerge

**Data management** — Sophisticated software and analytics platforms ensure that all data-driven activities are compliant

**Training** — Expanded legal and quality assurance teams partner with training department to keep account managers abreast of changes

**Self-discipline** — Zero tolerance policy in place to address errors by account managers

ENCORE
CAPITAL GROUP

16



# OUR ANALYTIC INSIGHT ALLOWS US TO MATCH OUR COLLECTION APPROACH TO THE INDIVIDUAL CONSUMER'S PAYMENT BEHAVIOR

**Willingness to pay**

*Is the debtor willing to resolve the debt on fair terms?*

HIGH            LOW

**Ability to pay (Capability)**
*Does the debtor have the ability?*

HIGH

*Strong partnership opportunities with willing and able consumers*

*Our attempts to contact or work with consumers are typically ignored, and the legal option becomes necessary*

*Focus on payment plans and opportunities to build longer relationships with consumers*

*Remind consumers of their obligation through legal communications*

*Offer significant discounts and plans that accommodate many small payments*

*Hardship strategies*

LOW

# OUR ANALYTIC REACH EXTENDS FROM PRE-PURCHASE THROUGHOUT OUR ENTIRE OWNERSHIP PERIOD



# AND IS SUPERIOR TO WHAT CAN BE ACQUIRED COMMERCIALLY

**Collections lift over deciles, comparing Encore's ability-to-pay model against both competitor scores and random servicing strategies**



- Favorable supply and demand dynamics are driving a strong purchasing year

- Insights gained through rigorous analytics inform our strategy and allow for a closer partnership with consumers

- Operational and financial leverage is increasing, largely due to our successful operating center in India

- Strong performance is expected to continue

**Reconciliation of Adjusted EBITDA to GAAP Net Income**

**(Unaudited, In Thousands)**

**Three Months Ended**

| | 3/31/07 | 6/30/07 | 9/30/07 | 12/31/07 | 3/31/08 | 6/30/08 | 9/30/08 | 12/31/08 | 3/31/09 | 6/30/09 | 9/30/09 | 12/31/09 | 3/31/10 | 6/30/10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GAAP net income, as reported | 4,991 | (1,515) | 4,568 | 4,187 | 6,751 | 6,162 | 3,028 | (2,095) | 8,997 | 6,641 | 9,004 | 8,405 | 10,861 | 11,730 |
| Interest expense | 4,042 | 4,506 | 4,840 | 5,260 | 5,200 | 4,831 | 5,140 | 5,401 | 4,273 | 3,958 | 3,970 | 3,959 | 4,538 | 4,880 |
| Contingent interest expense | 3,235 | 888 | - | - | - | - | - | - | - | - | - | - | - | - |
| Pay-off of future contingent interest | - | 11,733 | - | - | - | - | - | - | - | - | - | - | - | - |
| Provision for income taxes | 3,437 | (1,031) | 1,315 | 2,777 | 4,509 | 4,225 | 2,408 | (1,442) | 5,973 | 4,166 | 5,948 | 4,609 | 6,490 | 6,749 |
| Depreciation and amortization | 869 | 840 | 833 | 810 | 722 | 766 | 674 | 652 | 623 | 620 | 652 | 697 | 673 | 752 |
| Amount applied to principal on receivable portfolios | 28,259 | 29,452 | 26,114 | 29,498 | 40,212 | 35,785 | 35,140 | 46,364 | 42,851 | 48,303 | 49,188 | 47,384 | 58,265 | 64,901 |
| Stock-based compensation expense | 801 | 1,204 | 1,281 | 1,001 | 1,094 | 1,228 | 860 | 382 | 1,080 | 994 | 1,261 | 1,049 | 1,761 | 1,446 |
| Adjusted EBITDA | 45,634 | 46,077 | 38,951 | 43,533 | 58,488 | 52,997 | 47,250 | 49,262 | 63,797 | 64,682 | 70,023 | 66,103 | 82,588 | 90,458 |

Note: The periods 3/31/07 through 12/31/08 have been adjusted to reflect the retrospective application of ASC 470-20