P.O. BOX 9012
WOODBURY, NY 11797-9012

15003

506C152448HC_LTAX_104729.TXT

**Law Offices of Cohen & Slamowitz, LLP**

(516) 686-8950
(866) 542-8950
Fax (516) 908-7993

April 01, 2010

51*23444-01****AUTO**5-DIGIT 10459
Erika Suquilanda
1084 E 165th St Apt 1B
Bronx, NY 10459-2531

TAX SEASON SPECIAL DISCOUNT

Original Creditor: Citibank/Associates
Creditor: Midland Credit
Account: 5419310594916642
C&S File No. C152448
Index No: 61353/05
Balance Due As Of April 01, 2010: $1,540.48

Dear Erika Suquilanda:

    Tax season is here, and hopefully you will be receiving a big refund check. Our firm is pleased to offer you a **savings of 50% off** on the outstanding balance owed on this account. Your balance due is currently $1,540.48; however, our client will accept the reduced sum of **$770.24** if you pay this amount on or before April 27, 2010. Upon receipt and clearance of your payment, your account will be deemed settled in full by our client.

    Payments should be forwarded directly to this office with the payment stub below. Our office accepts Western Union, Monygram, Mastercard, Visa, Discover Card and checks via telephone, or visit our website at WWW.CSLAWLLP.COM to make a payment online.

    We urge you to take advantage of this special opportunity to settle your account for pennies on the dollar. Kindly note that this offer to settle is void if you are refinancing or selling your house or if we have restrained your bank account.

Very Truly Yours,

Cohen & Slamowitz, LLP

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

 

Please detach and return this portion with your payment

| Credit Card Used For Payment | | |
|---|---|---|
| ☐ Visa | ☐ MasterCard | ☐ Discover |
| Card Number | | Amount |
| Signature | | Exp. Date |

Erika Suquilanda
1084 E 165th St Apt 1B
Bronx, NY 10459-2531

COHEN & SLAMOWITZ, LLP
P.O. BOX 9001
WOODBURY, NY 11797-9001

Original Creditor: Citibank/Associates
Creditor: Midland Credit
Account: 5419310594916642
C&S File No. C152448
Index No: 61353/05

TAX SEASON SPECIAL DISCOUNT

**DUE DATE:** April 27, 2010

**CURRENT BALANCE:** $1,540.48
**TAX TIME SAVINGS:** $770.24
**REDUCED BALANCE:** $770.24
(if paid by due date)

AMOUNT ENCLOSED $ _____



LTAXSETT-0106