# NYS Department of State
## Division of Corporations
## Entity Information

**The information contained in this database is current through October 29, 2010.**

---

**Selected Entity Name: COHEN & SLAMOWITZ, LLP**

### Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | COHEN & SLAMOWITZ, LLP |
| **Initial DOS Filing Date:** | DECEMBER 17, 2003 |
| **County:** | |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC REGISTERED LIMITED LIABILITY PARTNERSHIP |
| **Current Entity Status:** | ACTIVE |

### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
COHEN & SLAMOWITZ, LLP
199 CROSSWAYS PARK DRIVE
PO BOX 9004
WOODBURY, NEW YORK, 11797-9004

**Principal Executive Office**
COHEN & SLAMOWITZ, LLP
199 CROSSWAYS PARK DRIVE
PO BOX 9004
WOODBURY, NEW YORK, 11797-9004

**Registered Agent**
NONE

| *Stock Information | | | Name History | | |
|---|---|---|---|---|---|
| # of Shares | Type of Stock | $ Value per Share | Filing Date | Name Type | Entity Name |
| | No Information Available | | DEC 17, 2003 | Actual | COHEN & SLAMOWITZ, LLP |

*Stock information is applicable to domestic business corporations.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

**NOTE:** New York State does not issue organizational identification numbers.

[Search Results]   [New Search]

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us


converted by Web2PDFConvert.com