# Law Offices
# Cohen & Slamowitz, LLP

(516) 686-8950  
Fax 516 364-6067

199 Crossways Park Drive  
P.O. Box 9004  
Woodbury, NY 11797-9004

**Firm Representative:** FELICIA BENN

April 29, 2010



ERIKA SUQUILANDA  
1084 EAST 165TH STREET AP  
BRONX NY 10459

Re: Original Creditor: CITIBANK/ASSOCIATES  
Creditor: MRC Receivables Corp.  
Account No.: 5419310594916642  
Judgment Debtor: ERIKA SUQUILANDA  
C&S File No. C152448  
Index No: 61353/05

Dear ERIKA SUQUILANDA:

This letter is to advise you that the above account has been settled in full.

Thank you for your cooperation, and if you should have any questions or comments, please do not hesitate to contact us.

Very truly yours,

Cohen & Slamowitz, LLP

Mitchell G. Slamowitz, Esq.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR WHO IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**




lsettltr