UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ERIKA SUQUILANDA

                Plaintiff(s),

       - against –

COHEN & SLAMOWITZ, LLP

                Defendant(s).
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-7-11

10 Civ. 5868 (PKC)

REVISED CASE MANAGEMENT PLAN
AND SCHEDULING ORDER

The Case Management Plan and Scheduling Order of 11-5-10 are modified as follows:

1. The date in paragraph 5 thereof for the completion of all fact discovery is extended to January 20, 2012.

2. The date in paragraph 7 thereof for the completion of all expert discovery is extended to March 9, 2012.

3. ~~The conference scheduled for _____ is vacated.~~ The next conference will be held on February 10, 2012 at 12:15 ~~am~~/pm.

4. In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

SO ORDERED.

                                                  P. Kevin Castel
                                       United States District Judge

Dated:   New York, New York
            10-7-11