```
USDS SDNY
[         ]
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-26-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ERIKA SUQUILANDA,

                      Plaintiff,                    10 Civ. 5868 (PKC)

    -against-

                                                  ORDER

COHEN & SLAMOWITZ, LLP.,

                    Defendants.
------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        I have Mr. Kurz's letters of January 23 and 25, 2012 on behalf of plaintiff asserting that certain discovery disputes have arisen in this action.

        Mr. Kurz is directed to telephone the respective counsel for the defendants to arrange a face-to-face, meet and confer session to be held on or before February 3, 2012 in this District for no less than one hour in a good faith attempt to resolve or narrow these and any other outstanding discovery disputes. (Counsel are also encouraged to discuss settlement of the action.) Thereafter, if the discovery disputes have not been resolved, counsel for the parties are directed to submit a joint letter (the "Joint Letter") by February 10, 2012 (1) certifying that they have complied with the foregoing meet and confer requirement; (2) stating each side's position on the disputed issues (organized so as to present each issue and immediately following the response to that issue) and (3) setting forth the specific relief each side seeks, together with any citations to case law support. The text of the discovery requests and the objections, if any, should be submitted with the Joint Letter. I will either decide the issue on the basis of the Joint Letter, schedule a hearing or conference to resolve the disputes or direct the filing of a formal motion and briefing. Counsel are directed to consult this Court's opinion in Zaccaro v. Shah, 08 Civ. 3138(PKC), 2008 WL 5429636 (S.D.N.Y. Dec. 22, 2008) for further guidance.

If any discovery disputes arise in the future, the above procedures are to be followed.

SO ORDERED.

                                                                    _____
                                                                    P. Kevin Castel
                                                                    United States District Judge

Dated: New York, New York
           January 26, 2012