# EXHIBIT "C"

EXHIBIT "C"

| | |
|---|---|
| **From:** | Shepps, Wendy |
| **To:** | Dennis Kurz |
| **Cc:** | Alward, Jill |
| **Subject:** | RE: Suquilanda, Erika v. Cohen & Slamowitz, LLP, et al. |
| **Date:** | Wednesday, January 11, 2012 9:46:30 AM |
| **Attachments:** | NEWYORK-#301471-v1-Response_to_P_s_Interrogatories.DOC<br>certification_1.pdf<br>NEWYORK-#301472-v1-Response_to_P_s_First_Requests_for_Production.DOC |

Dennis:

Please see the annexed response to plaintiff's Interrogatories and Requests for Production.

Thank you for your courtesy.

Regards,
Wendy

Wendy B. Shepps
Direct (973) 744-0872 • Mobile (646) 912-3656
wendy.shepps@littletonjoyce.com

LITTLETON JOYCE
   UGHETTA PARK & KELLY LLP
39 Broadway, 34th Floor • New York, NY 10006
Tel (212) 404-5777 • Fax (212) 232-0088
www.littletonjoyce.com