UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

Erika Suquilanda,
                                        Plaintiff,
                -against-
Cohen & Slamowitz, LLP, et al.,
                                        Defendants.
-----------------------------------------------------------------

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-12
```

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

10 Civ. 5868 (PKC) (GWG)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

Specific Non-Dispositive Motion/Dispute:*

____ Discovery Dispute.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement*

Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

   Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

   Particular Motion:_____
   _____

   All such motions: ____

================================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          February 14, 2012

                                        _____
                                        Hon. P. Kevin Castel
                                        United States District Judge