UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIKA SUQUILIANDA,

                              Plaintiff,

            v.

COHEN & SLAMOWITZ, LLP, ENCORE CAPITAL GROUP, INC., MRC RECEIVABLES CORP., and MIDLAND CREDIT MANAGEMENT, INC.,

                              Defendants.

Civil No.: 10-CV-5868(PKC)

**NOTICE OF CHANGE OF ADDRESS**

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending

☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: THOMAS A. LEGHORN

    My SDNY Bar Number is: TL6244

    My State Bar Number is: 181119

I am,

    ☒ An attorney

    ☐ A Government Agency attorney

    ☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

| | |
|---|---|
| **OLD** FIRM: FIRM NAME: | Wilson Elser Moskowitz Edelman & Dicker, LLP (CT) |
| FIRM ADDRESS: | 1010 Washington Blvd., Stamford, CT 06901 |
| FIRM TELEPHONE NUMBER: | 914-323-7000 |
| FIRM FAX NUMBER: | 914-323-7001 |
| **NEW** FIRM: FIRM NAME: | Wilson Elser Moskowitz Edelman & Dicker, LLP |
| FIRM ADDRESS: | 150 East 42nd Street, New York, NY 10017 |
| FIRM TELEPHONE NUMBER: | 212-490-3000 |
| FIRM FAX NUMBER: | 212-490-3038 |

4933107v.1

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:    New York, New York
         February 16, 2012

                                                     Yours, etc.,

                                                     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                           By:    /s/
                                                Thomas A. Leghorn
                                                *Attorneys for Defendants,*
                                                CAPITAL GROUP, INC., MRC RECEIVABLES CORP., and MIDLAND CREDIT MANAGEMENT, INC.
                                                150 East 42nd Street
                                                New York, New York 10017-5639
                                                (212) 490-3000
                                                File No. 10277.00044