UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ERIKA SUQUILANDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | FILE NO. 1:10-cv-05868-PKC |
| | ) | |
| | ) | NOTICE OF SETTLEMENT |
| COHEN & SLAMOWITZ, LLP and | ) | |
| ENCORE CAPITAL GROUP, INC. and | ) | |
| MRC RECEIVABLES CORPORATION | ) | |
| and MIDLAND CREDIT | ) | |
| MANAGEMENT, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Respectfully submitted this 9th day of April, 2012.

ATTORNEYS FOR PLAINTIFF
*Erika Suquilanda*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453

*Weisberg & Meyers, LLC*
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

Notice Filed electronically on this 9th day of April, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 9th day of April, 2012, to:

Thomas A. Leghorn, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
150 East 42nd Street
New York NY 10021

And

Wendy B. Shepps
Littleton Joyce Ughetta Park & Kelly LLP
39 Broadway, 34th Floor
New York NY 10006


s/Dana Patch
Dana Patch